JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, | Case No. 8:24-cv-01549-SRM-ADS |
| Plaintiff, | |
| vs. | **STIPULATED JUDGMENT [39]** |
| LUIS JACINTO POBLETE, | |
| Defendant. | |

# STIPULATED JUDGMENT

Pursuant to the Stipulation for Entry of Judgment Against Defendant Luis Jacinto Poblete (the "Stipulation") between Plaintiff Ameris Bank d/b/a Balboa Capital Corporation's ("Balboa") and Defendant Luis Jacinto Poblete ("Poblete"), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Poblete is liable to Balboa on all four causes of action for breach of the personal guaranties – Guaranty No. 1, No. 2, No. 3, and No. 4 (the "Guaranties") contained in those certain written Equipment Finance Agreements No. 356411-001 ("EFA No. 1"), No. 356411-002 ("EFA No. 2"), No. 356411-003 ("EFA No. 3"), and 356411-004 ("EFA No. 4") (collectively, the "EFAs");

2. Judgment be entered in this matter, in favor of Balboa, and against Poblete, in the total judgment amount of **$425,697.76**, which represents the following:

   a. Compensatory damages in the amount owed of $28,397.88 on EFA No. 1 and Guaranty No. 1;

   b. Prejudgment interest on EFA No. 1 and Guaranty No. 1 at a rate of ten percent (10%) per annum from April 13, 2024 (the date of breach) until November 13, 2025 (the date judgment is entered) in the amount of $4,520.18[1];

   c. Compensatory damages in the amount owed of $18,112.00 on EFA No. 2 and Guaranty No. 2;

   d. Prejudgment interest on EFA No. 2 and Guaranty No. 2 at a rate of ten percent (10%) per annum from April 13, 2024 (the date of breach)

---

[1] This amount was calculated based on the following formula: (# of days between date of breach to judgment entered = **581 days**) x ([principal amount owed on EFA No. 1 and Guaranty No. 1 = $28,397.88] x 10% / 365 days per year = **$7.78**) = $4,520.18.

1

until November 13, 2025 (the date judgment is entered) in the amount of $2,881.76.[2];

e. Compensatory damages in the amount owed of $87,712.00 on EFA No. 3 and Guaranty No. 3;

f. Prejudgment interest on EFA No. 3 and Guaranty No. 3 at a rate of ten percent (10%) per annum from April 30, 2024 (the date of breach) until November 13, 2025 (the date judgment is entered) in the amount of $13,961.43[3];

g. Compensatory damages in the amount owed of $184,584.90 on EFA No. 4 and Guaranty No. 4;

h. Prejudgment interest on EFA No. 4 and Guaranty No. 4 at a rate of ten percent (10%) per annum from April 27, 2024 (the date of breach) until November 13, 2025 (the date judgment is entered) in the amount of $29,381.17[4]; and

i. Attorneys' fees and costs on the EFAs and the Guaranties as of October 14, 2025 (the date of the Stipulation) in the amount of $56,146.44;

---

[2] This amount was calculated based on the following formula: (# of days between date of breach to judgment entered = **581 days**) x ([principal amount owed on EFA No. 2 and Guaranty No. 2 = $18,112.00] x 10% / 365 days per year = **$4.96**) = $2,881.76.

[3] This amount was calculated based on the following formula: (# of days between date of breach to judgment entered = **581 days**) x ([principal amount owed on EFA No. 3 and Guaranty No. 3 = $87,712.00] x 10% / 365 days per year = **$4.96**) = $13,961.43.

[4] This amount was calculated based on the following formula: (# of days between date of breach to judgment entered = **581 days**) x ([principal amount owed on EFA No. 4 and Guaranty No. 4 = $184,584.90] x 10% / 365 days per year = **$50.57**) = $29,381.17.

1       3.    Balboa may make future noticed motion(s) to amend this judgment to include further reasonable attorneys' fees and costs arising from this action; and

**IT IS SO ORDERED.**

DATED: November 13, 2025

_____
HON. SERENA R. MURILLO
United States District Judge

3